When this Court adopted the Alabama Extended Manufacturer's Liability Doctrine, it specifically stated under a section of the opinion styled "DEFENSES" that "[t]he defendant may assert the negligent conduct of the plaintiff in using the product, as well as the defense of assumption of risk." Casrell v. AltecIndustries, Inc., 335 So.2d 128, 134 (Ala. 1976).
That statement in the case that established the AEMLD doctrine is quite plain and specific. It should not be ignored or changed.
What other States permit or do not permit in the way of defenses is irrelevant. Alabama did not adopt theRestatement completely, but retained considerations of "fault." Alabama also retained the defense of contributory negligence.
I must respectfully disagree with this change in the law regarding the AEMLD.
HOUSTON and STEAGALL, JJ., concur.